IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:23-cr-43 KDB |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violation: 18 U.S.C. § 922(g) |
| | ) | 18 U.S.C. § 924(e)(1) |
| | ) | |
| PATRICK TAYLOR | ) | |
| | ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm by a Prohibited Person)*

On or about June 6, 2022, in Union County, within the Western District of North Carolina, the defendant,

**PATRICK TAYLOR,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Canik Model TP9SA pistol and a Heckler & Koch Model P9S .45 caliber pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## SENTENCING ALLEGATION (18 U.S.C. § 924(e)(1))

Before **PATRICK TAYLOR** committed the offenses charged in Count One, as set forth above, **PATRICK TAYLOR** had at least three previous convictions for offenses committed on occasions different from one another, in violation of Title 18, United States Code, Section 924(e)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d): all firearms and ammunition involved in, used, or intended to be used in the violations alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property subject to forfeiture on the grounds stated above:

(a) One Canik Model TP9SA pistol, magazine, and ammunition seized on or about June 6, 2022.
(b) One Heckler & Koch Model P9S .45 caliber pistol, magazine, and ammunition seized on or about June 6, 2022.

A TRUE BILL

_____
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

*/s/ William M. Wiseman*
WILLIAM M. WISEMAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY