# NEW CRIMINAL CASE COVER SHEET

## U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ○ YES ● NO

**DOCKET NUMBER:** 3:23-CR-43 - KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs PATRICK TAYLOR

**COUNTY OF OFFENSE** : ~~MECKLENBURG~~ Union

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ○ Petty ○ Misdemeanor ● Felony

18 U.S.C. § 922(g); 18 U.S.C. § 924(e)(1)

**JUVENILE:** ○ Yes ● No

**ASSISTANT U. S. ATTORNEY** : WILLIAM WISEMAN

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**